W. KYLE TAYMAN (*pro hac vice*)
*KTayman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
1900 N Street, N.W.
Washington, DC 20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444

KATHERINE G. McKENNEY (*pro hac vice*)
*KMcKenney@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570 1000
Fax: +1 617 523 1231

REBECCA L. TARNEJA (SBN 293461)
*RTarneja@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendants
ROCKET COMPANIES, INC.; ROCKET LIMITED PARTNERSHIP; ROCKET MORTGAGE, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

TANYA ARNOLD, on behalf of herself and all similarly situated persons,

Plaintiff,

v.

ROCKET COMPANIES, INC., a Delaware corporation; ROCKET LIMITED PARTNERSHIP, a Michigan limited partnership; ROCKET MORTGAGE, LLC, a Michigan limited liability company,

Defendants.

Case No. 5:25-cv-01887-SPG-AS

**NOTICE OF MOTION AND DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Date: April 29, 2026
Time: 1:30 pm
Ctrm: 5-C
Judge: Hon. Sherilyn Peace Garnett
350 W 1st Street
Los Angeles, CA 90012
Complaint Filed: July 23, 2025
Second AC Filed: December 3, 2025

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT ON Wednesday, April 29, 2026, at 1:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Sherilyn Peace Garnett, United States District Judge, in Courtroom 5-C of the First Street Courthouse, located at 350 West 1st Street, Los Angeles, CA 90012, Rocket Companies, Inc. (Rocket Companies), Rocket Limited Partnership (Rocket Limited), and Rocket Mortgage, Inc. (Rocket Mortgage) (collectively, the Rocket Entities) will, and hereby do, move to dismiss the Second Amended Complaint (SAC), ECF 28, filed by Plaintiff Tanya Arnold (Plaintiff) without leave to further amend.

This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(1), on the grounds that this Court lacks subject matter jurisdiction because Plaintiff lacks Article III standing; Rule 12(b)(2), on the grounds that this Court lacks personal jurisdiction over the Rocket Entities; and Rules 8 and 12(b)(6), on the grounds that Plaintiff fails to state any claim upon which relief may be granted.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Request for Judicial Notice in Support of the Motion, its supporting Declaration of Katherine G. McKenney and Exhibits A through E thereto, and all papers from this case on file with the Court, all other matters of which the Court may take judicial notice, any further evidence or argument offered to the Court at any hearing on this Motion, and any other evidence and argument the Court may consider.

Respectfully submitted,

Dated: February 2, 2026

By: /s/ *W. Kyle Tayman*

W. KYLE TAYMAN (*pro hac vice*)
*KTayman@goodwinlaw.com*
KATHERINE G. McKENNEY (*pro hac vice*)
*KMcKenney@goodwinlaw.com*
REBECCA L. TARNEJA (SBN 293461)
*RTarneja@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendants
ROCKET COMPANIES, INC.;
ROCKET LIMITED PARTNERSHIP; and
ROCKET MORTGAGE, LLC

**LOCAL RULE 7-3 DECLARATION**

The undersigned declares, under penalty of perjury, that counsel for Defendants and counsel for Plaintiff thoroughly discussed the substance and potential resolution of this motion by videoconference on October 27, 2025 and again by teleconference on January 23, 2026, but were unable to resolve any of the issues set forth in Defendants' Motion.

Dated: February 2, 2026 By: /s/ *W. Kyle Tayman*
W. KYLE TAYMAN

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF MOTION AND DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT with the clerk of the court for the United States District Court for the Central District of California by using the CM/ECF system on February 2, 2026. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2026

*<u>/s/ W. Kyle Tayman</u>*
W. KYLE TAYMAN