UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-01887-SPG-AS | Date | February 27, 2026 |
| Title | TANYA ARNOLD v. ROCKET COMPANIES INC., ET AL | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER RE NOTICE OF VOLUNTARY DISMISSAL AND DENYING MOTION TO DISMISS AS MOOT [ECF NOS. 45, 47]**

Plaintiff Tanya Arnold ("Plaintiff") filed a notice of voluntary dismissal (ECF No. 47), which is effective to close the case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DENIES the Motion to Dismiss, (ECF No. 45), as moot, and all pending dates are vacated and taken off calendar. The Clerk is directed to close the case. (JS-06).

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer pg